UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN W. CONNELL,<br><br>  Plaintiff,<br><br>  v.<br><br>PNC BANK,<br><br>  Defendant. | *<br>*<br>*<br>*<br>*  Civil Action No. 1:23-cv-12006-IT<br>*<br>*<br>*<br>* |

## ORDER OF DISMISSAL

TALWANI, D.J.

Pursuant to Memorandum and Order [Doc. No. 35] allowing Defendant's Motion to Dismiss, [Doc. No. 24], Plaintiff's Complaint [Doc. No. 1-1] is dismissed. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge